UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMMANUEL VELAZQUEZ,

    Plaintiff,

v.                                      Case No. 3:21cv1831-MCR-HTC

SERGEANT LOWERY,
OFFICER BROWN,
OFFICER NEWCOMB,
OFFICER LANE,

    Defendants.
_____/

## **ORDER**

    The magistrate judge issued a Report and Recommendation on May 17, 2022. ECF Doc. 24. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv1831-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 24) is adopted and incorporated by reference in this Order.

2. Plaintiff's claims against Defendant Lane are DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 4(m).

3. The clerk is directed to terminate Officer Lane as a Defendant in this case.

4. The case be referred back to the undersigned for further proceedings.

**DONE AND ORDERED** this 15th day of June 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**