UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMMANUEL VELAZQUEZ,

    Plaintiff,

v.                                    Case No. 3:21cv1831-MCR-HTC

SERGEANT LOWERY, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 17, 2022 (ECF No. 50). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' Motion for Summary Judgment (ECF No. 31) is DENIED.

3.    This matter is referred to the assigned Magistrate Judge for further

pretrial proceedings on Plaintiff's individual capacity Eighth Amendment excessive force and failure to intervene claims against Defendants Lowery, Brown, and Newcomb.

**DONE AND ORDERED** this 8th day of December 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv1831-MCR-HTC