#### IN THE UNITED STATES DISTRICT COURT
#### NORTHERN DISTRICT OF FLORIDA
#### PENSACOLA DIVISION

**EMMANUEL VELAZQUEZ**
**DOC # C02674**,

     Plaintiff,

v.                                              Case No. 3:21-cv-1831-MCR/HTC

**SGT. LOWERY, ET AL.**,

     Defendants.

_____/

### NOTICE OF COMPLIANCE

    **Lowery**, **Brown**, and **Newcomb** ("Defendants"), provide notice, through undersigned counsel, that Plaintiff has been provided with an opportunity to review Defendants' Trial Exhibits. Plaintiff has been provided with about six (6) hours to review the documents during the week of May 1, 2023. It was intended for Plaintiff to be provided with additional time to review the documents, however, Plaintiff's actions have interfered with his ability to do so, and for security issues, Plaintiff as not afforded additional time past the mentioned six (6) hours. *See*

1

(Defendants' Exhibits A-G).[1]

                        Respectfully Submitted,

                        **ASHLEY MOODY**
                        **ATTORNEY GENERAL**
                        Office of the Attorney General
                        The Capitol, PL-01
                        Tallahassee, Florida 32399-1050
                        Telephone: (850) 414-3300
                        Facsimile: (850) 488-4872

                        /s Erik Kverne
                        Erik Kverne
                        Assistant Attorney General
                        Florida Bar No. 99829
                        Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Compliance* was e-filed on May 5, 2023, and personally served on Plaintiff May 8, 2023.

                        /s Erik Kverne
                        Erik Kverne
                        Assistant Attorney General
                        Florida Bar No. 99829
                        Erik.Kverne@myfloridalegal.com

---

[1] Defendants will bring a copy of this filing, and the attached exhibits, to the settlement conference scheduled for May 8, 2023.