# Exhibit A

```
INMATE NAME:  VELAZQUEZ, EMMANUEL         DC#: C02674    PREV LOC/HOUS/JOB:    /      /      HOUS: H2106L   P.O. BOX:
```

*SECTION I:   MISCELLANEOUS LOG
TYPE: A0600 = CLO CASE NOTES
DATE: 05/05/2023   TIME: 09:37
DISP: A60 = GENERAL COMMENTS
STAFF: DPA09 - DUDLEY, PATRICIA A

   INMATE VELAZQUEZ, EMMANUEL WAS PROVIDED THE OPPORTUNITY ON TUESDAY, 5/2 AND WEDNESDAY, 5/3 FOR 3 HOURS EACH DAY TO
REVIEW THE DVD WITH THE EXHIBITS FOR HIS FEDERAL CASE. HE WAS GOING TO HAVE THE FINAL 2 HOURS ON FRIDAY, 5/5, HOWEVER
AT APPROXIMATELY 7:30 AM HE STARTED ACTING UP AND FLOODED HIS CELL. HE WAS THEN ATTEMPTING TO BREAK THE SPRINKLER HEAD
AND TO STOP HIM FROM DESTROYING STATE PROPERTY A CHEMICAL USE OF FORCE WAS USED TO STOP HIS DESTRUCTIVE BEHAVIOR. AS HE
BECAME A SECURITY RISK HE WAS NOT BROUGHT TO THE CLASSIFICATION DEPARTMENT TO FINISH.