# Exhibit B

# Erik Kverne

| | |
|---|---|
| **From:** | Demetrius Melton |
| **Sent:** | Friday, May 5, 2023 3:03 PM |
| **To:** | Erik Kverne |
| **Subject:** | FW: DC#: C02674  NAME: VELAZQUEZ, EMMANUEL |
| **Attachments:** | SKM_558e23050501220.pdf; SKM_558e23050501240.pdf; velazquez 9-34.docx; 7-4 Velazquez.docx |

Thank you,

Demetrius Melton



> Demetrius Melton
> Paralegal Specialist
> Corrections Litigation Bureau
> Office of the Attorney General
> PL-01 The Capitol | Tallahassee, FL 32399-1050
> Tel.: (850) 414-3651
> Demetrius.Melton@myfloridalegal.com

**From:** Hunt, Harold <Harold.Hunt@fdc.myflorida.com>
**Sent:** Friday, May 5, 2023 2:57 PM
**To:** Demetrius Melton <Demetrius.Melton@myfloridalegal.com>
**Subject:** DC#: C02674 NAME: VELAZQUEZ, EMMANUEL

Since he has been here Inmate Velazquez has recieved an additional 5 disciplinary reports: 1 for 3-7 Possession of Stimulants, 1 for 1-6 Lewd or Lascivious exhibition, 1 for 9-35 establishing or attempting to establish a relationship with a staff member, 1 for 7-4 Misuse of State Property, 1 for 9-34 Tampering with a safety device, and 1 for 2-3 Creating a disturbance. Some of them have not been entered yet and once they are I will send them to you.

Thank you for all your assistance,

Harold Hunt

Classification Officer

Century Correctional Institute

Florida Department of Corrections

Office: 850-256-6436



Inspiring Success by Transforming One Life at a Time

Safety * Accountability * Fairness & Integrity * Innovation

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE:** This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.