# Exhibit C


```
                           FLORIDA DEPARTMENT OF CORRECTIONS      04/26/2023
    ISSO150 (01)             CHARGING DISCIPLINARY REPORT
          PAGE:       1
                              LOG # 106-230549
------------------------------------------------------------------------------
    DC#: C02674    INMATE NAME: VELAZQUEZ, EMMANUEL           INFRACTION
    VIOLATION CODE:  0037    TITLE: POSS OF STIMULANTS        DATE: 04/26/23
    FACILITY CODE:  106      NAME: CENTURY C.I.               TIME: 13:10
------------------------------------------------------------------------------
    I.   STATEMENT OF FACTS
         INMATE VELAZQUEZ, EMMANUEL DC# C02674  IS BEING CHARGED WITH
         A VIOLATION OF F.A.C. CHAPTER 33-601.314, RULES OF
         PROHIBITED CONDUCT, 3-7: POSSESSION OF AROMATIC STIMULANTS
         OR DEPRESSANTS, SUCH AS PAINT THINNER, GLUE, TOLUENE, ETC.
         ON APRIL 26, 2023, I , OFFICER C MOORE, WAS ASSIGNED TO
         CENTURY CORRECTIONAL INSTITUTION.  AT APPROXIMATELY 1:10PM,
         I WAS IN THE PROPERTY- RECEIVING AREA SEARCHING PROPERTY
         BELONGING TO INMATE VELAZQUEZ, EMMANUEL DC# C02674 DUE TO
         HIM BEING RECEIVED FROM THE BLUE BIRD. DURING THIS SEARCH, I
         DISCOVERED A FOLDED PIECE OF PAPER INSIDE A BAG OF Q TIPS.
         I UNFOLDED THE PAPER AND DISCOVERED A SMALL AMOUNT OF GREEN
         LEAFY SUBSTANCE WITH A STRONG ODOR. I NOTIFIED MY SHIFT
         SUPERVISOR THE SUBSTANCE WEIGHTED LESS THAN ONE GRAM AND
         TESTED NEGATIVE FOR THC. DUE TO TRAINING AND EXPERIENCE,
         THIS SUBSTANCE IS SYNTHETIC CANNABINOIDS. THE SUBSTANCE WAS
         PHOTOGRAPHED AND PROCESSED IN ACCORDANCE WITH PROCEDURES AND
         PLACED INTO THE EVIDENCE STORAGE LOCKER.INMATE VELAZQUEZ
         WILL REMAIN IN HIS CURRENT STATUS PENDING THE OUTCOME OF A
         DISCIPLINARY TEAM HEARING


         REPORT WRITTEN: 04/26/23, AT 14:00       BY: MC152 - MOORE, CLESHETHA A.
    ------------------------------------------------------------------------------

    II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: _5_/_3_/_23_, AT _12_:_18p_

             NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
             EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
             NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
             33-601, FLORIDA ADMINISTRATIVE CODE.

                       DELIVERED BY : _EMDOO_  -  _Sgt. M. Emmm____
    ------------------------------------------------------------------------------

    NOTICE TO INMATE:
    AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
    CONDUCT, YOU ARE ADVISED THE FOLLOWING:
    ------------------------------------------------------------------------------

         INVESTIGATION:
```

AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL

```
♠                      FLORIDA DEPARTMENT OF CORRECTIONS            04/26/2023
 ISSO150 (01)          CHARGING DISCIPLINARY REPORT
      PAGE:       2
                             LOG # 106-230549
-------------------------------------------------------------------------------
    DC#: C02674   INMATE NAME: VELAZQUEZ, EMMANUEL           INFRACTION
    VIOLATION CODE:  0037   TITLE: POSS OF STIMULANTS        DATE: 04/26/23
    FACILITY CODE:  106     NAME:  CENTURY C.I.              TIME: 13:10
-------------------------------------------------------------------------------
```

HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.

---

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.

---

DISCIPLINARY HEARING:
THE DECISION WILL BE MADE IN ADVANCE WHETHER THE HEARING WILL BE CONDUCTED
BY THE DISCIPLINARY TEAM OR THE HEARING OFFICER. YOU MAY REQUEST A HEARING
BY THE FULL DISCIPLINARY TEAM RATHER THAN THE HEARING OFFICER. YOU WILL
APPEAR IN PERSON BEFORE THE DISCIPLINARY TEAM/HEARING OFFICER UNLESS YOU
WAIVE THIS APPEARANCE BY SIGNING A WAIVER FORM. YOU WILL BE ADVISED OF
THE CHARGES PLACED AGAINST YOU AND THE RANGE OF PENALTY IF FOUND GUILTY.
YOU MAY REQUEST STAFF ASSISTANCE. THE CHAIRPERSON/HEARING OFFICER WILL READ
THE STATEMENT AND ASK YOU FOR YOUR PLEA. A GUILTY PLEA REQUIRES NO FURTHER
STATEMENT; HOWEVER, YOU MAY MAKE A STATEMENT FOR THE TEAM/HEARING OFFICER
TO CONSIDER. A NO CONTEST PLEA WILL BE TREATED AS A GUILTY PLEA. A REFUSAL
TO ENTER A PLEA WILL BE TREATED AS A NOT GUILTY PLEA. IF YOU ENTER A NOT
GUILTY PLEA, YOU WILL BE ALLOWED TO MAKE A STATEMENT ON YOUR OWN BEHALF,
PRESENT EVIDENCE AND REQUEST STAFF OR INMATE WITNESSES AS DEEMED APPROPRIATE
BY THE TEAM/HEARING OFFICER. AFTER THE TEAM/HEARING OFFICER HAS MADE A
DECISION, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE DECISION AND
THE EVIDENCE RELIED UPON IN MAKING THAT DECISION. IF YOU ARE FOUND GUILTY, YOU
WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE RECOMMENDED PENALTY.

---

APPEAL:
IF YOU ARE FOUND GUILTY, YOU MAY APPEAL THIS DECISION BY FILING A
 FORMAL GRIEVANCE WITH THE WARDEN OF YOUR FACILITY WITHIN 15 DAYS OF
THE RECEIPT OF WRITTEN NOTICE OF THE TEAM/HEARING OFFICERS DECISION.

FOR INFORMATION REGARDING THE RULES ON DISCIPLINE, REFER TO: 33-601, F. A. C.