# Exhibit D

```
IS02 0 C02674 05022023 1015 106230591                    I106OZG 05/05/23 13:42:06
  ISSB002            DISCIPLINARY REPORT/INVESTIGATION                    PAGE: 01
DC#: C02674  NAME: VELAZQUEZ, EMMANUEL      EXT.STA: ACTIVE    TRD: 02/15/2028
H/M  CUR.LOC: CENTURY C.I.     TEAM: 01  CUSTODY: CLO  WK.ASG: S05  INT.STA: CL
     PROCESSING STATUS: 12  - REPORT APPROVED
DOCUMENTATION PREPARATION:    INFRACTION DATE/TIME: 05/02/2023  1015
  LOG NUMBER: 106-230591   FACIL: 106   VIOLATION CODE: 0016   - LEWD OR LASC
  LOCATION: 02  - DISC. CONFINEMENT    INJURY: STF: N   INMATE: N    VISITOR: N
  REPORT WRITTEN: 05/02/2023  1120  BY: KAO03 - KNIGHT, AMANDA O.
  SUPERVISOR WHO REVIEWED THE REPORT: KAO03       STATEMENT OF FACTS: Y (F4)
  DURATION: 020 MINUTES  SUPV DEC: A - DR APPR TO PROC
INVESTIGATION:    PRIMARY INVESTIGATOR:       -
  BEGAN:      __/__/____  0000 FACILITY: 000 - CENTRAL OFFICE
  DELIVERED:  __/__/____  0000 BY:         -
  ASSISTANCE ACCEPTED?:    STAFF REQUESTED:          -
  INCIDENT TYPE:      -                    STG RELATED?:   COMMENTS: N  (F18)
  COMPLETED:  __/__/____  0000 WITNESSES?: N   COMMENTS: N  (F16)
  PRIOR LOG NUMBER:             INV COMMENTS: N  (F9)  DURATION: 000    MIN
DESIGNATING AUTHORITY REVIEW:    DATE: __/__/____
  REVIEW DECISION:    -                 BY:        -
  REASON:         -                     COMMENTS: N  (F15)  DURATION: 000

           DISPLAY COMPLETE                    F2=IS01 F6=IS09 F7=RPTS
                                               F13=IS03 F14=IS04 F17=OT13
```

```
OT49 0 C02674 J01 20230502101510620230591           I106OZG 05/05/2023 13:42:24
   OTSB049               OFFENDER MANAGEMENT COMMENTS              PAGE 001
 DC NO: C02674      NAME: VELAZQUEZ, EMMANUEL         STATUS: ACTIVE INMATE
                    CUR.LOC: CENTURY C.I.             TRD: 02/15/2028

 RECORD: 20230502101510620230591        LABEL:
 COMMENT TYPE: J01 = DR STATEMENT OF FACTS
                    VIOLATION:0016-LEWD OR LASC. E DATE:05/02/2023 TIME:1015
 ACT LINE                             COMMENTS
 ---------------------------------------------------------------------------
     02    INMATE VELAZQUEZ, EMMANUEL DC# C02674 IS BEING CHARGED WITH
     04    A VIOLATION OF FAC CHAPTER 33-601.314, RULES OF PROHIBITED
     06    CONDUCT, 1-6:  LEWD OR LASCIVIOUS EXHIBITION BY
     08    INTENTIONALLY MASTURBATING, INTENTIONALLY EXPOSING GENITALS
     10    IN A LEWD OR LASCIVIOUS MANNER, OR INTENTIONALLY COMMITTING
     12    ANY OTHER SEXUAL ACT IN THE PRESENCE OF A STAFF MEMBER,
     14    CONTRACTED STAFF MEMBER OR VISITOR. ON MAY 5, 2023, I
     16    CAPTAIN A. KNIGHT WAS ASSIGNED AS 2ND SHIFT SUPERVISOR. AT
     18    APPROXIMATELY 10:15AM, I WAS DOING A SECURITY INSPECTION
     20    CHECK WHEN I OBSERVED INMATE VELAZQUEZ, EMMANUEL DC# C02674
     22    IN CELL H2016, IN HIS WINDOW STROKING HIS EXPOSED, ERECT
           PRESS PF8 TO RETURN                    F1=MAIN MENU;F6=SCRNS;F7=RPTS
           F2=1ST PAGE   F9=OT48   MORE+
```

```
OT49 0 C02674 J01 20230502101510620230591          I106OZG 05/05/2023 13:42:36
   OTSB049                OFFENDER MANAGEMENT COMMENTS                PAGE 002
DC NO: C02674     NAME: VELAZQUEZ, EMMANUEL            STATUS: ACTIVE INMATE
                  CUR.LOC: CENTURY C.I.                TRD: 02/15/2028

RECORD: 20230502101510620230591        LABEL:
COMMENT TYPE: J01 = DR STATEMENT OF FACTS
                  VIOLATION:0016-LEWD OR LASC. E DATE:05/02/2023 TIME:1015
ACT LINE                             COMMENTS
-----------------------------------------------------------------------------
     24    PENIS WITH HIS RIGHT HAND, WHILE LOOKING DIRECTLY AT ME
     26    WHILE I WAS ON THE WING. INMATE VELAZQUEZ WILL REMAIN IN
     28    ADMINISTRATIVE CONFINEMENT PENDING THE OUTCOME OF THE
     30    DISCIPLINARY TEAM HEARING.




          PRESS PF8 TO RETURN                 DISPLAY COMPLETE
          F1=MAIN MENU;F6=SCRNS;F7=RPTS       F2=1ST PAGE    F9=OT48
```