# Exhibit E

```
IS02 0 C02674 05032023 1240 106230598                      I106OZG 05/05/23 13:44:06
   ISSB002            DISCIPLINARY REPORT/INVESTIGATION                    PAGE: 01
DC#: C02674   NAME: VELAZQUEZ, EMMANUEL       EXT.STA: ACTIVE     TRD: 02/15/2028
H/M  CUR.LOC: CENTURY C.I.    TEAM: 01 CUSTODY: CLO  WK.ASG: S05   INT.STA: CL
       PROCESSING STATUS: 12  - REPORT APPROVED
DOCUMENTATION PREPARATION:   INFRACTION DATE/TIME: 05/03/2023   1240
   LOG NUMBER: 106-230598   FACIL: 106   VIOLATION CODE: 0935   - E/A PER/BUS
   LOCATION: 82  - STAFF AREA-CLASSFCT   INJURY: STF: N   INMATE: N   VISITOR: N
   REPORT WRITTEN: 05/03/2023   1500  BY: JTW08 - JONES, TARA W.
   SUPERVISOR WHO REVIEWED THE REPORT: BJ049         STATEMENT OF FACTS: Y (F4)
   DURATION: 020 MINUTES  SUPV DEC: A - DR APPR TO PROC
INVESTIGATION:    PRIMARY INVESTIGATOR:            -
   BEGAN:      __/__/____   0000 FACILITY: 000 - CENTRAL OFFICE
   DELIVERED: __/__/____   0000 BY:           -
   ASSISTANCE ACCEPTED?:     STAFF REQUESTED:       -
   INCIDENT TYPE:       -                   STG RELATED?:    COMMENTS: N  (F18)
   COMPLETED: __/__/____   0000 WITNESSES?: N    COMMENTS: N  (F16)
   PRIOR LOG NUMBER:            INV COMMENTS: N  (F9)  DURATION: 000    MIN
DESIGNATING AUTHORITY REVIEW:    DATE: __/__/____
   REVIEW DECISION:    -                  BY:           -
   REASON:       -                  COMMENTS: N  (F15)  DURATION: 001

             DISPLAY COMPLETE                  F2=IS01 F6=IS09 F7=RPTS
                                               F13=IS03 F14=IS04 F17=OT13
```

```
OT49 0 C02674 J01 20230503124010620230598           I106OZG 05/05/2023 13:44:26
   OTSB049                OFFENDER MANAGEMENT COMMENTS              PAGE 001
DC NO: C02674     NAME: VELAZQUEZ, EMMANUEL           STATUS: ACTIVE INMATE
                  CUR.LOC: CENTURY C.I.               TRD: 02/15/2028

RECORD: 20230503124010620230598        LABEL:
COMMENT TYPE: J01 = DR STATEMENT OF FACTS
                   VIOLATION:0935-E/A PER/BUS REL DATE:05/03/2023 TIME:1240
ACT LINE                              COMMENTS
------------------------------------------------------------------------------
    02     INMATE VELAZQUEZ, EMMANUEL  DC# C02674   IS BEING CHARGED
    04     WITH A VIOLATION OF CHAPTER 33-601.314 RULE OF PROHIBITED
    06     CONDUCT 9-35 ESTABLISHES OR ATTEMPTS TO ESTABLISH A PERSONAL
    08     RELATIONSHIP OR BUSINESS RELATIONSHIP WITH ANY STAFF MEMBER.
    10     ON MAY 3, 2023,  I OFFICER T JONES, WAS ASSIGNED TO INTERNAL
    12     SECURITY ON SECOND SHIFT AT CENTURY CORRECTIONAL
    14     INSTITUTION. AT APPROXIMATELY 12:40PM, I WAS ESCORTING
    16     INMATE VELAZQUEZ, EMMANUEL DC# C02674 FROM THE CONFINEMENT
    18     UNIT TO A LEGAL CALL LOCATED IN CLASSIFICATION. WHEN WE
    20     ENTERED THE CLASSIFICATION HALLWAY, INMATE VELAZQUEZ STATED
    22     IN A LOUD VOICE " HONEY, I'M HOME ! WHILE ATTEMPTING TO
           PRESS PF8 TO RETURN                   F1=MAIN MENU;F6=SCRNS;F7=RPTS
           F2=1ST PAGE   F9=OT48   MORE+
```

```
OT49 0 C02674 J01 20230503124010620230598         I106OZG 05/05/2023 13:44:34
   OTSB049              OFFENDER MANAGEMENT COMMENTS              PAGE 002
 DC NO: C02674      NAME: VELAZQUEZ, EMMANUEL        STATUS: ACTIVE INMATE
                    CUR.LOC: CENTURY C.I.            TRD: 02/15/2028

RECORD: 20230503124010620230598          LABEL:
COMMENT TYPE: J01 = DR STATEMENT OF FACTS
                 VIOLATION:0935-E/A PER/BUS REL DATE:05/03/2023 TIME:1240
ACT LINE                        COMMENTS
---------------------------------------------------------------------------
     24    LOCATE CLASSIFICATION SUPERVISOR, MRS. SARAH SHELLEY. INMATE
     26    VELAZQUEZ CONTINUED TO YELL " I AM HUNTING SARAH SHELLY,
     28    WHERE'S SARAH SHELLEY ? SHE IS THE ONLY ONE I NEED TO SPEAK
     30    TO TODAY. " I ORDERED HIM TO BE QUIET AND PROCEEDED TO MRS
     32    DUDLEY' S OFFICE. WHILE THERE, INMATE VELAZQUEZ DEMANDED TO
     34    KNOW WHERE MRS. SHELLEY WAS AND THAT SHE WAS THE ONLY ONE
     36    WHO NEEDED TO BE THERE WITH HIM. I INSTRUCTED HIM THAT IT
     38    WAS NONE OF HIS CONCERN WHERE MRS. SHELLEY WAS AND THAT SHE
     40    WAS NOT REQUIRED TO BE PRESENT. INMATE VELAZQUEZ STILL
     42    INSISTED TO KNOW WHERE MRS. SHELLEY WAS. OTHER
     44    CLASSIFICATION STAFF THEN REPEATED MY STATEMENT AND I
           PRESS PF8 TO RETURN               F1=MAIN MENU;F6=SCRNS;F7=RPTS
           F2=1ST PAGE   F9=OT48   MORE+
```

```
OT49 0 C02674 J01 20230503124010620230598          I106OZG 05/05/2023 13:45:02
   OTSB049              OFFENDER MANAGEMENT COMMENTS                   PAGE 003
 DC NO: C02674    NAME: VELAZQUEZ, EMMANUEL              STATUS: ACTIVE INMATE
                  CUR.LOC: CENTURY C.I.                  TRD: 02/15/2028

RECORD: 20230503124010620230598       LABEL:
COMMENT TYPE: J01 = DR STATEMENT OF FACTS
                 VIOLATION:0935-E/A PER/BUS REL DATE:05/03/2023 TIME:1240
ACT LINE                              COMMENTS
-------------------------------------------------------------------------------
     46   REMAINED PRESENT UNTIL I WAS RELIEVED INMATE VELAZQUEZ  WILL
     48   REMAIN IN HIS CURRENT STATUS PENDING THE OUT  COME OF A
     50   DISCIPLINARY TEAM HEARING.




          PRESS PF8 TO RETURN                 DISPLAY COMPLETE
          F1=MAIN MENU;F6=SCRNS;F7=RPTS       F2=1ST PAGE   F9=OT48
```