Exhibit F

# Disciplinary Report Worksheet

**State of Florida**                                                          **Department of Corrections**

**Log #_____**                                                   **PREA log #_____**

**I.**   **Identifying Inmate Information**
DC#__C02674 Inmate Name____Velazquez, Emmanuel_____

Violation Code and Short Title___7-4 Misuse of State Property_____

Facility Name _____Century C.I._____   Facility Code___106_____

Infraction Date 05/04/23 Date Report Written__05/04/23__ Inmate Housing Assignment H2-106L

Inmate Work/Program Assignment_____Close Management_____

**II.**   **Statement of Facts**  (Include date, time, place, circumstances, evidence and witnesses)
Inmate Velazquez, Emmanuel  DC#C02674 is being charged with a violation of F.A.C. Chapter 33-601.314 rules of prohibited conduct 7-4 Misuse of State property or property belonging to another. On May 4th, 2023, I Officer Nathan Cornelius was assigned as H-Dorm Housing Officer at Century Correctional Institution Main Unit 2nd Shift. At approximately 1:00PM while conducting my security check I observed Inmate Velazquez, Emmanuel DC#C02674 housed in H2-106L standing by his cell door with the smell of smoke coming from the cell. At this time, I ordered Inmate Velazquez to submit to hand restraints to conduct a cell search. Inmate complied and was escorted to DR Court for a previous offense. While conducting a cell search, I observed a foodservice cup containing an unidentified yellow substance. Inmate Velazquez was also in possession of a brown paper bag stored in his state issued locker. Inmate Velazquez was in possession of excess linens and had personal and state issued property stored on a bunk unassigned to him. Inmate Velazquez will remain in his current placement pending disciplinary team action.

Date Report Written__May 4th, 2023_____ at ___1:30_____ AM/**PM**
Signature of Reporting Officer_____
Name and Position (print)____Officer N. Cornelius_____ Staff ID ____CNS09____

**III.**   **Review of Disciplinary Report**         Approved: <u>XXXX</u>  DISAPPROVED:_____

Supervisor's Signature _____
Printed Name and Position_____Captain D. Smith_____ Staff ID_____
Date Report Reviewed _____October 20, 2021_____ at ___1:50__ AM/**PM**