# Exhibit G

# Disciplinary Report Worksheet

**State of Florida**  **Department of Corrections**

**Log #** 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   **PREA log #** _____

## I. Identifying Inmate Information

DC# C02674   Inmate Name   Inmate Velazquez, Emmauel

Violation Code and Short Title   9-34 Tampering with Defeating or Depriving a Security Device

Facility Name   Century C.I.   Facility Code   106

Infraction Date 5/5/20231 Date Report Written   5/5/2023   Inmate Housing Assignment H2106L

Inmate Work/Program Assignment _____

## II. Statement of Facts (Include date, time, place, circumstances, evidence and witnesses)

Inmate Velazquez, Emmanuel # C02674 is being charged with a violation of F.A.C. Chapter 33-601.314 Rules of Prohibited conduct 9-34, Tampering with or defeating any fire or other safety device. Safety devices include: fire, smoke and carbon dioxide detection devices; alarm systems ; fire suppression systems and devices such as fire sprinklers, fire extinguishers dry chemical systems; safety and emergency lighting ; exit lights; evacuation route and warning placards; self-contained breathing apparatuses; personal protective equipment, first aid kits, eye wash stations ; and any other device utilized to ensure the safety of the institution, staff and inmates. On May 5, 2023, at approximately 8:00am, I, Officer M Wilson observed Inmate Velazquez, Emmanuel housed alone in H2106L step on his toilet and tied a piece of sheet (rope)to the fire suppression system inside his cell. Inmate Velazquez then attempted to pull the piece of sheet to activate the fire suppression system. I ordered Inmate Velazquez to cease his actions, but he continued attempting to activate the fire suppression system. I then applied chemical agents toward Inmate Velazquez to prevent him from activating the fire suppression system. After I applied my chemical agents, Inmate Velazquez stopped but then resumed his attempts and I then applied chemical agents again toward Inmate Velazquez. After this application of chemical agents, Inmate Velazquez ceased his attempts but then refused to submit to hand restraints for decontamination. A photo of the piece of sheet used is attached to this report. Inmate Velazquez will remain in his current status pending the outcome of the disciplinary team hearing.

Date Report Written   May 5, 2023   at   8:45

Signature of Reporting Officer _____

Name and Position (print)   Ofc. M Wilson   Staff ID   WMA68

## III. Review of Disciplinary Report   Approved:   X   DISAPPROVED: _____

Supervisor's Signature _____

Printed Name and Position Captain D. Smith   Staff ID   SDM12

Date Report Reviewed   May 5, 2023   at   9:30

DC6-112F (Effective 7/06) (Revised 2/09)   Incorporated by Reference in Rule 33-601.313