UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMMANUEL VELAZQUEZ,

    Plaintiff,

v.                             Case No. 3:21cv1831-MCR-HTC

SERGEANT LOWERY, et al.,

    Defendants.

_____/

## SETTLEMENT CONFERENCE REPORT

On this date, the undersigned conducted a settlement conference in this matter at the Winston E. Arnow Federal Building in Pensacola, Florida. The parties reached a settlement, and the terms thereof have been electronically recorded.

Date: May 8, 2023.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

RCV'D USDC FLND PN
MAY 8 '23 PM 12:25