UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Emmanuel Velazquez,
Plaintiff,

v.                                    Case No. 3:21cv1831-MCR-HTC

Michael Lowery, et al.,
Defendants.
_____/

## PLAINTIFF'S FORCED SETTLEMENT, AND MOTION FOR COURT ACTION

Plaintiff, Emmanuel Velazquez, pro se litigant, files this instant and urgent pleading requesting the Court to enforce the Defendants and F.D.O.C. to cease retaliation in connection with this case, prior civil rights filings, and submitting administrative grievances. Also, the Plaintiff seeks another settlement conference and complete legal review of records in a safe and secure, fair and impartial, setting free from retaliation or coercion.

In support of the above styled cause, Plaintiff submits the following:

① On 4/26/2023 Plaintiff got transferred to Century Correctional Institution and at about 3:30 PM the Plaintiff got sprayed with chemical agents for complaining about not being able to receive his personal property and legal dockets that he had just brought with him during the transfer. That unjustified use of force occurred in H-2121.

② On 4/27/2023 Plaintiff attended a Settlement Conference at the Arnow Federal Building without being allowed to access or bring with him his legal documents pertaining to the instant case. Century

1

Case No. 3:21cv1831-MCR-HTC

C.I. officers "confiscated" all of Plaintiff's legal property, and when the Plaintiff returned to the F.D.O.C. facility, he was placed in a holding cell in H-2 when Sergeant Atkins stated, "If you want your property you can file a lawsuit on it."

③ On 5/3/2023 at about 2:00 PM in the Century C.I. classification legal review room, while Plaintiff took notes and examined documents related to this case, there were officers in the room with the Plaintiff reading these dockets about this case, tapping their boots on the floor, distracting Plaintiff's review time, and obstructing Plaintiff's ability to work on his case by deliberately moving the office phone between Plaintiff and the computer screen to make numerous phone calls. At this time Plaintiff declared, "You are not supposed to be in here reading my legal documents." Then Sergeant Atkins replied, "I'll just spray you in that legal review room."

④ On 5/4/2023 at about 1:00PM in H-2106 Officer N. Cornelius stopped at Plaintiff's cell door and stated, "You taking up too much space. We don't want you here. You better take what they offering you [at the settlement conference] and get out." Then Plaintiff was placed on "property restriction" and "management meal" for no valid reason. Captain D. Smith also falsified these "property restriction" and "management meal" reports to invade and corruptibly infiltrate Plaintiff's legal property and hinder Plaintiff's preparation of his case since just that previous day Plaintiff was taking notes in his legal call review of records and was threatened by officers.

⑤ On 5/5/2023 at about 8:00AM in H-2106 Plaintiff was scheduled for a review of the exhibits for this federal case. At this time Sergeant Atkins provoked and antagonized the Plaintiff with more

2

Case No: 3:21cv1831-MCR-HTC

threats and remarks on the "lawsuit" case. Sergeant Atkins directed Officer M. Wilson to "spray" the Plaintiff. Plaintiff was laying down on his mattress when Officer Wilson sprayed chemical agents on Plaintiff. Then Plaintiff tried to submit to hand restraints for a decontamination shower when Officer Wilson had his entire arm through the "security port" spraying Plaintiff again with more chemical agents and Officer Wilson latched out with something in his hand that lacerated Plaintiff's right wedding ring finger causing it to bleed.

⑥ On 5/8/2023 at about 8:00AM in H-2106 Plaintiff was scheduled for a settlement conference coming from Century C.I. At this time Officer Wilson approaches Plaintiff's cell and threatens Plaintiff declaring, "You want another one." Officer Wilson had then made intimidating and threatening gestures by fidgeting with a large canister of chemical agents. Plaintiff was deprived of food by confinement staff that refused to feed Plaintiff before and after the settlement conference. It should be noted that Plaintiff was the subject of deprivation of food on 5/4/2023, 5/5/2023, 5/6/2023, 5/7/2023, and 5/8/2023. Now at the last settlement conference Plaintiff was not in his right state of mind nor was he in any condition to participate in such federal court proceedings due to his recent undernourishment, malnutrition and severe dehydration as a result from staff refusing to feed Plaintiff and refusing to turn the drinking water back on in Plaintiff's cell. During the settlement conference Plaintiff spoke with Judge Miles Davis about his recent starvation and retaliation by Century C.I. officers, and requested the judge for the Plaintiff to have a nurse check his vital signs.

⑦ The Defendants capitalized and took an unfair advantage of the Plaintiff when Plaintiff was forced to appear at the settlement conference, by Century C.I. staff, in such a deplorable state even considering

3

Case No. 3:21cv1831-MCR-HTC

that confinement officers "restricted" Plaintiff from all his comfort and hygiene items. The staff at that institution made a mockery and joke out of Plaintiff and this case.

⑧ Plaintiff never insisted or initiated for a settlement other than complying with the Court's 3/9/2023 Order (Doc. 74).

⑨ It was always the intentions of the Plaintiff to have a jury try this case.

⑩ The Plaintiff is not satisfied with the outcome of the settlement and objects to the manner in which he was cruelly confined while at Century C.I. awaiting the settlement conferences.

WHEREFORE, Plaintiff seeks a settlement hearing from a fair and impartial facility where the Plaintiff is free from any matters of retaliation going from and to the place of custody, or have a Magistrate Judge try this case before a jury.

RESPECTFULLY SUBMITTED,
/S/ Emmanuel Velazquez
Emmanuel Velazquez C02674
F.S.P., P.O.B. 800, Raiford, FL 32083

## CERTIFICATE OF SERVICE

I Hereby Certify that a true and correct copy of the foregoing Plaintiff's Forced Settlement, And Motion For Court Action has been furnished by regular U.S. Mail to: U.S. District Court, N. District Of Florida, 1 N. Palafox Street, Pensacola, FL 32502.
Date: 5/15/2023        /S/ Emmanuel Velazquez

4

Emmanuel Velazquez CC01674
Florida State Prison
P.O. Box 800
Raiford, FL 32083

LEGAL MAIL

Mailed From A State
Correctional Institution

U.S. District Court
N. District Of Florida
1 N. Palafox Street
Pensacola, FL 32502



LEGAL MAIL

U.S.A.