UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Emmanuel Velazquez,
Plaintiff,

v.                                  Case No. 3:21-cv-1831-MCR-HTC

Michael Lowery, et al.,
Defendants.
_____/

## STIPULATION OF SETTLEMENT

The Plaintiff respectfully comes forth now seeking fair and valid settlement terms in the above styled cause. Plaintiff requests the Court to consider the Settlement Proposal (Doc. 80), and the submitted Settlement Statement, legally mailed on 4/4/2023.

In the Settlement Statement Plaintiff had declared that the compensation was "negotiable," but what was "nonnegotiable" was "the placement into a reliable Mental Health Unit." This case is based on an incident that occurred at an M.H.U., so Plaintiff believes that in order to settle his civil rights violation he's to get treatment in a dependable M.H.U. for mental and emotional damages.

Plaintiff ultimately agreed not to proceed to a trial on the condition that he got assigned to a Mental Health Unit to cure the wrongful actions of the Defendants. At the settlement conference the Plaintiff expressed this statement with Federal Judge Miles Davis.

This instant matter is under "(6) a statement regarding whether any settlement terms are believed to be 'nonnegotiable' and, if so, a description of those terms" (Doc. 74 at page 3). Plaintiff has always

1

Case No. 3:21-cv-1831-MCR-HTC

been under the impression that an amount agreed upon would only be productive if the undisputed term of a transfer to a Florida Department Of Corrections "Mental Health Unit" be rendered.

Defendants never argued Plaintiff's firm demands of M.H.U. intake, therefore, the Plaintiff was confident this was part of the facts of the reached settlement. Magistrate Davis and the Plaintiff carefully reviewed this memorialized statement which was in writing.

Plaintiff is currently at Florida State Prison in C-wing, which is not an M.H.U. The Defendants, as of yet, have not achieved their part of the bargain.

RELIEF SOUGHT: For Plaintiff, Emmanuel Velazquez, to be delivered to an M.H.U. so that a proper joint stipulation can be entered.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT ARE TRUE AND CORRECT.

Date: 6/26/2023      /s/ Emmanuel Velazquez
                     Emmanuel Velazquez C02674
                     F.S.P.
                     P.O.B. 800
                     Raiford, FL 32083

CERTIFICATE OF SERVICE

I Hereby Certify, that a true and correct copy of the foregoing "Stipulation Of Settlement" has been furnished by regular U.S. Mail to: Counsel for the Defendants, Erik Kverne, Office Of The Attorney General, PL-01 The Capitol, Tallahassee, FL 32399; and to: U.S. District Court, Northern District Of Florida, 1 North Palafox Street, Pensacola, FL 32502.

Dated: June 26, 2023      2      /s/ Emmanuel Velazquez
                                 Emmanuel Velazquez, Plaintiff

Emmanuel Velazquez C02674
Florida State Prison
P.O. Box 800
Raiford, FL 32083

Mailed From A State Correctional Institution

LEGAL MAIL

U.S. District Court
Northern District Of Florida
1 North Palafox Street
Pensacola, FL 32502

LEGAL MAIL