# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**EMMANUEL VELAZQUEZ**
**DOC # C02674**,

    Plaintiff,

v.                                          Case No. 3:21-cv-1831-MCR/HTC

**SGT. LOWERY, ET AL.**,

    Defendants.
_____/

## NOTICE REGARDGING THIS COURT'S ORDER

Notice is hereby given, in response to this Court's Order, (Doc. 89), that **Michael Lowery**, **Kenneth Brown**, and **Joao Newcomb** ("Defendants") have mailed out the required checks as part of the settlement agreement previously entered-into. Once Defendants receive notice that the checks have been deposited as described in the terms of the settlement, a Joint Notice of Voluntary Dismissal will be filed with this Court. Defendants expect that this issue may be entirely resolved within the next couple of days.

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice Regarding this Court's Order* was e-filed electronically through CM/ECF on July 13, 2023, and furnished by U.S. Mail to: Emmanuel Velazquez, DC# C02674, Florida State Prison, P.O. Box 800, Raiford, FL 32083 on July 13, 2023.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829