# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

EMMANUEL VELAZQUEZ
DOC # C02674,

      Plaintiff,

v.                                      Case No. 3:21-cv-1831-MCR/HTC

SGT. LOWERY, ET AL.,

      Defendants.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Lowery, Brown, and Newcomb ("Defendants"), through counsel, and

Emmanuel Velazquez ("Plaintiff") hereby stipulate to the entry of an Order

dismissing this action, with prejudice, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A). The issues between the above-mentioned parties have been resolved

through settlement.

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

_Emmanuel Velazquez_

Emmanuel Velazquez
DC# C02674
Florida State Prison
P.O. Box 800
Raiford, FL 32083
Plaintiff

_Erik Kverne_

Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com
Attorney for Defendants

DATED: 7/6/2023

DATED: 7/20/23

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Joint Stipulation of Voluntary Dismissal With Prejudice* was e-filed and served on Plaintiff on ___7/20/23___ .

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com